**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1253**

In re: JERMAL DANIELS,

        Petitioner.

On Petition for Writ of Mandamus.
(3:05-cr-00103-RJC-DCK-2)

Submitted:  June 19, 2014        Decided:  June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jermal Daniels, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermal Daniels petitions for a writ of mandamus seeking an order directing the district court to resentence him for a second time. We conclude that Daniels is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Daniels is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus and grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2